# EXHIBIT 1

# EXHIBIT 1



BetFirstClass - Fastest payouts in the business combined with non-cookie cutter lines and a 20% CASH sign-up bonus!

**Preferred SportsBooks**

| | |
|---|---|
| BetFirstClass | BETUS.com |
| SBG Global | Bodog |
| JustBet.com | Legends |
| Pokerstars.com | Betphoenix.com |
| SPORTSBETTING.COM | betED.com |
| Brobury Sports | WSEX |
| Bookmaker.com | BetGuardian |
| SportsInteraction | ThePig |
| 2BETDSI | 5DIMES |
| BetHorizon | BetJamaica |

Login or register, it's free!

Username [        ] [Go]

☑ Save your login info?

**Home**
**Message Board**
**Preferred Sportsbooks**
**Current Promotions**
**Handicapper's Guide**
**Scoreboards**
**Contests**
**JUSTBET.COM**
**BetEd**
**News Archive**
**Contact Us**





# Free Money!

Home » Forums » HANDICAPPING » Free Throws (NCAA) » Rebels aim to fatten up on patsies, including Colorado State

  

| Register | Members | Calendar |
|---|---|---|

Welcome to the Forums @ MadJackSports

Welcome to our community; please register a username... after all, it's free!

[POST REPLY]

Thread Tools ▽     Display Modes ▽

📅 02-20-2010, 08:20 AM                                                    #1



**illuminati** ⬤
Rage 4 Order
⭐

Join Date: Aug 2002
Location: Beach House on the Moon
Posts: 11,034

**Rebels aim to fatten up on patsies, including Colorado State**

Rebels aim to fatten up on patsies, including Colorado State

Rams game first of four soft spots in UNLV's schedule

As problems quickly piled up, UNLV coach Lon Kruger sorted through the mess and found no easy answers.

Kruger said his basketball team is "pretty beat up mentally and physically, and the confidence level is a little low right now," on the heels of a three-game losing streak.

But a temporary solution appears obvious, and it's a soft spot in the schedule. Four creampuff opponents will line up and present the Rebels with a shot to fatten their record and feel better again.

UNLV, 19-7 and 7-5 in the Mountain West Conference, looks to get back on the winning track at 3 p.m. today, when it faces Colorado State (15-10, 6-5) at the Thomas & Mack Center.

The Rams are not patsies by strict definition, because they own a winning record and coach Tim Miles no longer fields a team that's the butt of the league's jokes.

Colorado State has two legitimate post scorers, Andy Ogide and Travis Franklin, and a promising freshman guard in Dorian Green.

But in a realistic view, if UNLV loses to any of its next four opponents to close the regular season -- including Texas Christian, Air Force and Wyoming -- it would be considered inexcusable.

The Rebels are 15-point favorites over the Rams, who were crushed 92-70 on their home floor by Brigham Young on Wednesday. BYU also battered Colorado State by 44 points in January.

"The guys are anxious to get back out there and get a chance to change directions," Kruger said.

Junior guard Tre'Von Willis is doing what he can through actions and words to inspire his UNLV teammates.

Willis scored 32 points, 20 in the second half, in an admirable effort Wednesday at Utah. It wasn't enough, as the Rebels fell 66-61 to a Utes team hoping to sneak into the National Invitation Tournament.

"Everything was looking pretty good up until this last three-game stretch," Willis said. "But we're not







going to feel sorry for ourselves. I'm going to keep doing my part and keep being positive and keep trying to lead my team in the right direction."

When asked what else he can do, aside from scoring more than half the team's points in a game, Willis said, "I'm not sure, and that's the frustrating part to me, because I want to do everything I can do to get this team to win."

Willis is the most intense and vocal player on the team. He said the reasons behind the Rebels' "sluggish" first half at Utah were a mystery to him.

"Tre really stepped up and did everything he could do to give us a chance to win the ballgame," Kruger said. "He's really anxious to take charge and take ownership of this group. Tre has really matured in that way."

But while Willis has emerged as the leader, some of his followers -- Oscar Bellfield, Chace Stanback and Kendall Wallace -- have started to fade.

To compound problems, junior forward Matt Shaw sprained his left ankle in warm-ups Wednesday and is not expected to play today after missing Friday's practice.

Kruger said a lack of confidence is dogging his mostly emotionless team. UNLV also has been shooting poorly, defending casually and rebounding weakly. That about covers the checklist of issues that have led to a three-game skid.

On the bright side, the Rebels are returning home and taking a significant step down in competition.

Rivals.com college basketball editor Mike Huguenin even has UNLV included in his latest NCAA Tournament projection. He slotted the Rebels as a No. 10 seed with an asterisk -- they must win the MWC tournament to get in, according to Huguenin's guess.

"I'll try to keep everybody seeing the big picture," Willis said. "There's a lot of basketball left to be played."

---

"I'm trying to see things from your point of view, but I can't stick my head that far up my ass."

`quote`

---

☐ 02-20-2010, 08:20 AM         #2



**illuminati** ◉
Rage 4 Order
★

Join Date: Aug 2002
Location: Beach House on the Moon
Posts: 11,034

COLORADO STATE AT UNLV

RECORD: Colorado State 15-10, 6-5 MWC

Coach: Tim Miles (31-57, third season;

243-189 overall, 15th season)

PROBABLE STARTERS:

Player Pos. Ht. Ppg.
Travis Franklin F 6-7 11.0
Andy Ogide F 6-9 11.6
Travis Busch F 6-4 5.2
Dorian Green G 6-2 12.6
Adam Nigon G 6-3 8.1

RECORD: UNLV 19-7, 7-5 MWC

Coach: Lon Kruger (131-60, sixth season;

449-293 overall, 24th season)

PROBABLE STARTERS:

Player Pos. Ht. Ppg.
Chace Stanback F 6-8 9.8
Brice Massamba C 6-10 4.2
Tre'Von Willis G 6-4 18.3
Anthony Marshall G 6-3 4.7
Oscar Bellfield G 6-2 9.4


GAME DAY

COLORADO STATE VS. UNLV

WHEN: 3 p.m. today

WHERE: Thomas & Mack Center

TV/RADIO: CBSC (333), KWWN-AM (1100)

LINE: UNLV -15

_____

"I'm trying to see things from your point of view, but I can't
stick my head that far up my ass."

`quote`

`POST REPLY`

« Previous Thread | Next Thread »

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **On**

**Forum Jump**
Free Throws (NCAA)                                    `Go`

All times are GMT -5. The time now is 01:12 PM.






- **Contact Us** - **MadJackSports** - **Top**

Copyright © 2006 MadJackSports, Inc.

US CITIZENS PLEASE NOTE: The information contained in this site is for news and entertainment
purposes only.
Any use of this information in violation of any federal, state, or local law(s) is prohibited.

# EXHIBIT 2

# EXHIBIT 2



**BETUS.com** - BetUS.com offers new and exciting contests, promotions and bonuses EVERY week. Win hard cash, prizes, free bets, tickets to sporting events and more.

**Preferred SportsBooks**

Home » Forums » Other Stuff » Hunting - Fishing » FISHING REPORT

BETUS.com             WSEX
SPORTSBETTING.COM Bookmaker.com
JustBet.com          betED.com
BetHorizon           BetJamaica
SBG Global           Betphoenix.com
Legends              BetFirstClass
ThePig               Brobury Sports
SportsInteraction    BetGuardian
5DIMES               BetOnline.com
Bodog                2BETDSI
Pokerstars.com

   

| Register | Members | Calendar |

**Welcome to the Forums @ MadJackSports**

Welcome to our community; please register a username... after all, it's free!

Login or register, it's free!
Username ••••••••  [GO]
☑ Save your login info?

**Home**
**Message Board**
**Preferred Sportsbooks**
**Current Promotions**
**Handicapper's Guide**
**Scoreboards**
**Contests**
**JUSTBET.COM**
**BetEd**
**News Archive**
**Contact Us**



sports action
$116
$116



betED



PokerStars
START YOUR BANKROLL WITH AN EXTRA
100% FIRST DEPOSIT BONUS UP TO

**POST REPLY**

| | Thread Tools ▽ | Display Modes ▽ |

📅 01-07-2010, 07:59 AM                                                    #1



**illuminati** ◙
Rage 4 Order
★

Join Date: Aug 2002
Location: Beach House on the Moon
Posts: 10,569

FISHING REPORT

FISHING REPORT

• LAKE MEAD — Anglers at Crawdad Cove found good action for rainbow trout following the Nevada Department of Wildlife's weekly plant. Otherwise, trout fishing has been slow. Stripers are being found in shallow water as well as 60 feet deep. Fishing for stripers has been slow, but most anglers who have been successful are catching larger fish. The best technique has been trolling with shad or trout imitations.

• LAKE MOHAVE -- Willow Beach continues to produce fish after trout plants. Anglers are catching fish around the pier with PowerBait, salmon eggs and lures. At Cottonwood Cove, boaters are marking stripers over 65 feet deep, but the fish are reluctant to bite.

• URBAN PONDS -- The NDOW planted trout at Floyd Lamb, Sunset and Boulder City's Veterans Memorial parks Tuesday. The fish are between 7 and 12 inches long. PowerBait, PowerEggs, worms, lures and flies have been catching fish.

• KIRCH WILDLIFE MANAGEMENT AREA -- Anglers fishing from float tubes reported catching bass and trout in open water on Dacey Reservoir. All other reservoirs are reported frozen, but most of the ice is not thick enough to walk on.

• EAGLE VALLEY RESERVOIR -- The ice is thick enough to walk on. Anglers have been catching large trout with PowerBait and worms through the ice. The NDOW recommends double-checking conditions before venturing onto the ice.

• ECHO CANYON RESERVOIR -- Ice conditions are unsafe.

**"It is incumbent on every generation to pay its own debts as it goes. A principle which if acted on would save one-half the wars of the world."
Thomas Jefferson to A. L. C. Destutt de Tracy, 1820.**

**"Let me not mourn for the men who have died fighting, but rather let me be glad that such heroes have lived."**







quote

📅 01-07-2010, 08:00 AM                                                                    #2



**illuminati** ◉
Rage 4 Order
★

Join Date: Aug 2002
Location: Beach House on the Moon
Posts: 10,569

**Hunting conventions on deck this winter**

Hunting conventions on deck this winter
January and February are shaping up to be busy months for outdoor buffs.

It all gets started with the Shooting, Hunting, Outdoor Trade Show and Conference, which is back in Las Vegas after being in Florida in 2009. Not far behind are the Safari Club International Annual Hunters Convention in Reno and the Western Hunting and Conservation Expo in Salt Lake City.

The SHOT Show is considered the largest trade show for organizations and individuals involved with the shooting sports and hunting industries. It is the place where buyers from across the United States and from more than 75 other countries gather to meet and do business with folks from the manufacturing and supply side of the industry. And as you might imagine, the SHOT Show hosts a large contingent from the world of outdoor media.

In past years, the SHOT Show made its Las Vegas home at the Convention Center, but for 2010 the show will be at the Sands Expo and Convention Center. Show dates are Jan. 19 to 22. Unfortunately, since it is a trade gathering, the SHOT Show isn't open to the public, but you are sure to see product reviews and other related articles in this and other shooting and hunting publications.

On the other hand, the public is welcome to attend the Safari Club's annual convention Jan. 20 to 23 at the Reno Convention Center, though you need to be a member of the Safari Club to attend. You can take care of that while registering for the convention. On the menu are courses with such titles as "Dangerous Game Biology 101 for Hunters," "Improving Your Long Range Shooting" and "Designing and Building a Trophy Room That Fits You." You even can learn about advanced ballistics for your muzzleloader. More information is available at www.showsci.com.

And everyone is invited to the fourth annual Western Hunting and Conservation Expo at the Salt Palace in Salt Lake City. The show dates are Feb. 11 to 14, and if you are shopping for big-game tags, this could be the place to be. Up for grabs will be 200 Utah premium, limited-entry and once-in-a-lifetime tags and a broad collection of governor's tags and auction tags for several states. Species include mule deer, Rocky Mountain sheep, desert bighorn sheep and Rocky Mountain elk.

For more information, check out the expo Web site at www.hunterexpo.com.

• LEAGUE SHOOTS -- While perusing reader comments to an online article about the Clark County Shooting Park, I came across one post in which the writer asked whether the facility would offer league shoots. With the recent closure of the Las Vegas Gun Club, longtime home to the valley's league shoots, this seemed a valid question, so I passed it on to Kristen Siquian, outreach specialist for the park.

"We will not create leagues for shooting here at the park," she wrote in an e-mail, "but if an outside group would like to create a league and then register as a user group, they will be able to schedule a time to shoot at the range."

It appears that the door is wide open for an organization, or organizations, to step up and fill the league niche in the recreational shooting market. For more information, contact the Shooting Park office at (702) 455-2000.

> **"It is incumbent on every generation to pay its own debts as it goes. A principle which if acted on would save one-half the wars of the world."**
> **Thomas Jefferson to A. L. C. Destutt de Tracy, 1820.**

> **"Let me not mourn for the men who have died fighting, but rather let me be glad that such heroes have lived."**

`QUOTE`

`POST REPLY`

« Previous Thread | Next Thread »

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **On**

**Forum Jump**
Hunting - Fishing        `Go`

All times are GMT -5. The time now is 05:06 PM.

   

- **Contact Us** - **MadJackSports** - **Top**

Copyright © 2006 MadJackSports, Inc.

**US CITIZENS PLEASE NOTE: The information contained in this site is for news and entertainment purposes only.**
**Any use of this information in violation of any federal, state, or local law(s) is prohibited.**

# EXHIBIT 3

# EXHIBIT 3



5DIMES - Take Advantage of Early Odds!!

**Preferred SportsBooks**

5DIMES
BetHorizon
Legends
Bookmaker.com
BETUS.com
betED.com
BetOnline.com
Bodog
WSEX
SPORTSBETTING.COM
Pokerstars.com

SportsInteraction
Brobury Sports
BetGuardian
JustBet.com
ThePig
BetJamaica
Betphoenix.com
2BETDSI
BetFirstClass
SBG Global

Home » Forums » Other Stuff » Hunting - Fishing » FISHING REPORT

   

| Register | Members | Calendar |
|---|---|---|

**Welcome to the Forums @ MadJackSports**

Welcome to our community; please register a username... after all, it's free!

Login or register, it's free!

Username [＿＿＿] [Go]

☑ Save your login info!

**Home**
**Message Board**
**Preferred Sportsbooks**
**Current Promotions**
**Handicapper's Guide**
**Scoreboards**
**Contests**
**JUSTBET.COM**
**BetEd**
**News Archive**
**Contact Us**





**POST REPLY**

Thread Tools ▽    Display Modes ▽

◻ 01-14-2010, 10:39 AM                                    #1



**illuminati** 🖼
Rage 4 Order
★

Join Date: Aug 2002
Location: Beach House on the Moon
Posts: 10,866

**FISHING REPORT**

FISHING REPORT
• LAKE MEAD -- Anglers have been catching stripers and catfish with anchovies and live shad along the beaches south of Boulder Beach and south of Hemenway Harbor. Fishing is best in the morning, when the shad are close to shore.

The Vegas Wash has been producing stripers but at a slower rate.

• LAKE MOHAVE -- Fishing at Cottonwood Cove is poor. The local anglers who regularly visit are stumped, and with current weather conditions likely to continue, fishing conditions are not expected to change in the short term.

• URBAN PONDS -- All urban ponds in Clark County were stocked with rainbow trout Tuesday. For Veterans Memorial Park in Boulder City and Floyd Lamb Park in Las Vegas, this was the third week in a row. The Nevada Department of Wildlife's plans call for the resumption of its every-other-week stocking schedule.

You must have a Nevada fishing license with a trout stamp to fish for trout. The limit is three fish.

• KIRCH WILDLIFE MANAGEMENT AREA -- Open water on Dacey Reservoir continues to provide fishing opportunities for anglers with float tubes.

All other reservoirs are reported frozen, though conditions are dicey. The ice is thick enough to walk on in only a few locations. Use caution.

• EAGLE VALLEY RESERVOIR -- Ice fishing has been excellent for rainbows, browns and tiger trout up to 13 inches in length. Productive baits have been PowerBait and worms.

• ECHO CANYON RESERVOIR -- Anglers are able to venture onto the ice to try to catch rainbow trout. The NDOW urges caution while ice fishing, as conditions can change unexpectedly.

**"It is incumbent on every generation to pay its own debts as it goes. A principle which if acted on would save one-half the wars of the world." Thomas Jefferson to A. L. C. Destutt de Tracy, 1820.**

Everyone is entitled to be stupid, but some abuse the privilege.
-Unknown







**"Let me not mourn for the men who have died fighting, but rather let me be glad that such heroes have lived."**



`quote`

🖺 01-14-2010, 10:40 AM                                                      #2

 

**illuminati** 📷
Rage 4 Order
⭐

Join Date: Aug 2002
Location: Beach House on the Moon
Posts: 10,866

**IN THE OUTDOORS: Innovative Lincoln County angler uses hatchet to snare prized catch**

---

IN THE OUTDOORS: Innovative Lincoln County angler uses hatchet to snare prized catch
Every once in a while something special grabs hold of your bait and bends your fishing rod over so hard that it causes adrenaline to surge through your veins as your heart races to keep up.

I can't help but think that's what happened when Lincoln County resident Don Gent hooked into a large German brown trout while ice fishing at Eagle Valley Reservoir on Monday.

Eagle Valley Reservoir is nestled in a narrow cut at the bottom of Spring Valley, about 20 miles east of Pioche. It's a popular fishery that offers good action for stocked rainbow trout, tiger trout and finicky brown trout. The impoundment even hosts a few largemouth bass, the result of an illegal fish plant by some wannabe fisheries biologist.

Most of the trout anglers pull from Eagle Valley range from 10 to 12 inches in length, though fish up to 16 inches sometimes surrender to temptation and swallow someone's bait, lure or fly. But there always seems to be an exception to the rule. Just ask Gent.

The fish that swallowed Gent's bait Monday was so large that he couldn't pull it through the 8-inch hole he had drilled through the ice. So, according to reports, Gent grabbed the fish behind the gills and hung on while trying to enlarge the hole with a hatchet. Seeing his predicament, nearby anglers offered their assistance, and Gent got a chance to see what was on the end of his line. Only to his surprise the line had broken during his struggle with the ice.

Gent's prize turned out to be a 28-inch brown that weighed in at 9.35 pounds and could be a record for Eagle Valley Reservoir. The current record weighed in at 9 pounds, 2 ounces and measured 26.75 inches long. Dee Thomas of Caliente caught that fish in October 1994.

• WORLD RECORD SHARED -- On the subject of records, the bass fishing world finally received the news it has been waiting for when the International Game Fish Association announced its decision regarding the status of Manabu Kurita's record book application for the large bass he reeled in while fishing in Japan's Lake Biwa in July.

Kurita's 22-pound, 4.96-ounce largemouth won't break the 77-year-old world record, but it will share the top spot. Officially, the IGFA has named Kurita and George Perry as dual holders of the all-tackle record for largemouth bass. Kurita was using 25-pound test when he caught the record fish, so he is ineligible for a line class record. The large bass hammered a live bluegill the 32-year-old angler was using as bait.

Perry caught his fish in June 1932 at Lake Montgomery near Jacksonville, Ga.

• SHOOT, AUCTION TO BENEFIT SCOUTS -- The third annual Las Vegas Area Council Sporting Clays Classic will be Friday and Saturday to benefit the local Boy Scouts of America chapter.

Starting off the event will be a complimentary reception and auction at 7 p.m. Friday at Land Rover of Las Vegas. The reception is open to the public, and attendees will have the chance to bid on firearms, outdoor equipment, trips and other items. A drawing for a Smith & Wesson M&P 15 .22-caliber rifle also will take place.

Shooting and demonstrations will begin at 8 a.m. Saturday at Desert Hills Shooting Club.

---

**"It is incumbent on every generation to pay its own debts as it goes. A principle which if acted on would save one-half the wars of the world."**
**Thomas Jefferson to A. L. C. Destutt de Tracy, 1820.**

Everyone is entitled to be stupid, but some abuse the
privilege.
-Unknown

**"Let me not mourn for the men who have died fighting, but rather let me
be glad that such heroes have lived."**



QUOTE

POST REPLY

« Previous Thread | Next Thread »

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **On**

Forum Jump
Hunting - Fishing        Go

All times are GMT -5. The time now is 05:15 PM.

   



- Contact Us - MadJackSports - Top

Copyright © 2006 MadJackSports, Inc.

US CITIZENS PLEASE NOTE: The information contained in this site is for news and entertainment
purposes only.
Any use of this information in violation of any federal, state, or local law(s) is prohibited.

# EXHIBIT 4

# EXHIBIT 4



BetHorizon - 50% FREE PLAY or 20% CASH BONUS

**Preferred SportsBooks**

| | |
|---|---|
| BetHorizon | WSEX |
| BetFirstClass | betED.com |
| JustBet.com | BetGuardian |
| Pokerstars.com | BetJamaica |
| SportsInteraction | SBG Global |
| Betphoenix.com | 2BETDSI |
| ThePig | Bookmaker.com |
| Bodog | Brobury Sports |
| Legends | 5DIMES |
| SPORTSBETTING.COM | BETUS.com |

Home » Forums » HANDICAPPING » Flying Pigskins (NCAA) » Paterno loses his glasses

   

| Register | Members | Calendar |
|---|---|---|

Welcome to the Forums @ MadJackSports

Welcome to our community; please register a username... after all, it's free!

**POST REPLY**

Login or register, it's free!

Username [        ] [Go]

☑ Save your login info?

Home
Message Board
Preferred Sportsbooks
Current Promotions
Handicapper's Guide
Scoreboards
Contests
JUSTBET.COM
BetEd
News Archive
Contact Us







Thread Tools ▽    Display Modes ▽

---

02-13-2010, 09:50 AM    #1



**illuminati** ◙
Rage 4 Order
☆

Join Date: Aug 2002
Location: Beach House on the Moon
Posts: 11,127

**Paterno loses his glasses**

Paterno loses his glasses
The Penn State football program is nearly as well known for Joe Paterno's trademark glasses as it is for producing quality linebackers.

Paterno has recently been spotted without the trademark spectacles, however.

It appears the 83-year-old coach no longer needs the Coke-bottle lenses.

"I had trouble reading for the last six months, so I went down to Philadelphia to the Penn Scheie Eye Institute. And the guy says to me, 'I think we can fix that up,'" Paterno told the Web site Fight on State. "So they went in and did it. I don't really need glasses any more."

Several pictures are circulating on the Internet of Paterno without glasses. It is a dramatic change of appearance.

He says he still feels strange without the glasses, so he got some with much thinner lenses.

Unfortunately, the construction of the huge glasses accounted for about half of Pennsylvania's industrial production each year, so it could be a further blow to a struggling economy.

---

"I'm trying to see things from your point of view, but I can't stick my head that far up my ass."

[Quote]

---

02-14-2010, 02:17 PM    #2



**Jedi Survivor** ◙
Registered User

Join Date: Sep 2006
Location: A galaxy far, far away...
Posts: 572

Quote:

Originally Posted by **illuminati** »



PokerStars.com

START YOUR BANKROLL
WITH AN EXTRA $600

Bet MLB at 5dimes


> Unfortunately, the construction of the huge glasses accounted for about half of Pennsylvania's industrial production each year, so it could be a further blow to a struggling economy.

Damn near spit my tea out all over the keyboard.

"No! Try not. Do, or do not. There is no try." - Yoda

`quote`

---

02-14-2010, 02:25 PM                                                            #3



Be A Good American!

DON'T TRY TO THINK

**illuminati**  ⊙
Rage 4 Order
★

Join Date: Aug 2002
Location: Beach House on the Moon
Posts: 11,127

Quote:

> Originally Posted by **Jedi Survivor** ⊠
> *Damn near spit my tea out all over the keyboard.*

Get a splash guard ◄(⊛)►  ☆(⊛)

## "I'm trying to see things from your point of view, but I can't stick my head that far up my ass."

`quote`

---

02-15-2010, 12:39 PM                                                            #4

**bryanz**  ⊙
Registered User

Join Date: Aug 2001
Location: Syracuse ny, usa
Posts: 7,362

any pics ?

"THE ONLY THING WORSE THAN A YANKEE FAN IS A RED SOX FAN...." I think it's original but not sure, can't remember if I heard it or thunk it ! 🙂

`quote`

---

02-22-2010, 01:06 PM                                                            #5

**IE2002**  ⊙
Administrator

Sportsbook of the Month
JUST --/-- .com

Join Date: Mar 1999
Posts: 40,574

Paterno's glasses net $9,000 for charity

STATE COLLEGE, Pa. -- Two Penn State graduates are paying $9,000 for a chance to see through Hall of Fame football coach Joe Paterno's trademark thick-rimmed glasses.

The bid from Michelle and Kevin Coppola won an auction for a pair of spectacles donated by the Nittany Lions coach, who's famous for wearing his glasses on the sidelines -- along with his rolled-up khakis and jet-black sneakers.

The farsighted Paterno had eye surgery last month to improve his vision. The 83-year-old still needs glasses to read, though he appears to be done wearing the Coke bottle-thick glasses.

A spokesman for Paterno says the timing of the surgery and the auction was a coincidence.

The auction benefited Penn State Public Broadcasting. It started online and wrapped up at a dinner Saturday.

Paterno leads major college football coaches with 394 career victories.

`quote`

`POST REPLY`

« Previous Thread | Next Thread »

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **On**

**Forum Jump**

Flying Pigskins (NCAA)    Go

All times are GMT -5. The time now is 11:24 AM.





- **Contact Us** - **MadJackSports** - **Top**

Copyright © 2006 MadJackSports, Inc.

**US CITIZENS PLEASE NOTE: The information contained in this site is for news and entertainment purposes only.**
**Any use of this information in violation of any federal, state, or local law(s) is prohibited.**

# EXHIBIT 5

# EXHIBIT 5

Case 2:10-cv-00692-LRH-LRL   Document 1-1   Filed 05/13/10   Page 18 of 30



ThePig - Get ready to experience the finest in on-line gaming! It is our sincere pleasure to serve you.

Home » Forums » HANDICAPPING » Free Throws (NCAA) » BYU, Lobos await Rebels on dicey Mountain road

**Preferred SportsBooks**

ThePig
BetFirstClass
Bookmaker.com
BetHorizon
WSEX
Betphoenix.com
BetOnline.com
SBG Global
BetGuardian
Pokerstars.com
BetJamaica

betED.com
JustBet.com
Bodog
SportsInteraction
SPORTSBETTING.COM
2BETDSI
BETUS.com
Brobury Sports
5DIMES
Legends

  

☒ Top-rated Sportsbook

| Register | Members | Calendar |

**Welcome to the Forums @ MadJackSports**

Welcome to our community; please register a username... after all, it's free!

**POST REPLY**

Thread Tools ▽     Display Modes ▽

Login or register, it's free!

Username [          ] [ Go ]

☑ Save your login info?

**Home**
**Message Board**
**Preferred Sportsbooks**
**Current Promotions**
**Handicapper's Guide**
**Scoreboards**
**Contests**
**JUSTBET.COM**
**BetEd**
**News Archive**
**Contact Us**







☐ 01-05-2010, 09:30 AM                                                                          #1



**illuminati** 🔲
Rage 4 Order
★

Join Date: Aug 2002
Location: Beach House on the Moon
Posts: 10,137

**BYU, Lobos await Rebels on dicey Mountain road**

BYU, Lobos await Rebels on dicey Mountain road

By MATT YOUMANS
LAS VEGAS REVIEW-JOURNAL
A steep climb awaits UNLV at the outset of the Mountain West Conference schedule. But instead of dreading the road trip, junior guard Tre'Von Willis is packing up and getting excited.

The Rebels will run the gantlet this week, playing at No. 25 Brigham Young on Wednesday and No. 15 New Mexico on Saturday.

The Cougars (14-1) are 8-0 at the Marriott Center this season. The Lobos (14-1) own a 19-game winning streak at The Pit.

"I love those types of environments," Willis said. "I just love games like that where the crowd is rowdy and you've just got each other. It's probably the two toughest road games in conference.

"I think we're ready. It's a challenge for us. BYU is one of the hottest teams right now in the NCAA."

UNLV coach Lon Kruger, whose team exited the nonconference season with a 12-2 record, is not downplaying the challenge.

If the Rebels make the trip, they should be thrilled. Kruger does not talk in those terms, but he indicated what UNLV is up against at BYU and New Mexico.

"I think those two teams are probably playing as well as anyone in the country right now," Kruger said. "When you think about your team and how you want them to play, you want them to play with great confidence, great energy and shooting the ball well with great flow.

"When you watch those teams play, that's what comes across. I don't know that any teams are playing with greater confidence and greater energy than those two teams.

"BYU is playing extremely well, and that's a tough place to go into and win. So we go in there with a lot of respect for what they are doing, and yet we're intrigued by the challenge."

Intimidation should not be a big factor for the Rebels, who recently experienced the rare feeling of winning at the Marriott Center.

During his UNLV career, Wink Adams had a habit of burning BYU with his hot shooting, and he did it twice last year as a senior.







Adams led a second-half comeback to beat the Cougars 76-70 on Jan. 21 at Provo, Utah. He scored a game-high 22 points as the Rebels erased a 43-30 halftime deficit and stopped BYU's 25-game home winning streak in the conference. Willis made two 3-pointers and scored 13 points.

In the February rematch in Las Vegas, Adams scored 22 points and Willis 10 to lift UNLV to a 75-74 victory over the Cougars.

BYU is a high-powered offensive team, averaging 96.6 points in its past five games. Junior guard Jimmer Fredette scores 21.6 points per game, and Jackson Emery, Tyler Haws and Jonathan Tavernari also are sharpshooters from the perimeter.

"We've got to really defend our tails off, try to stop their transition buckets and make them play from the half court," Willis said. "We don't want them to get easy buckets. We feel we can stop their transition game and make them a half-court team."

Kruger said Willis, the Rebels' leading scorer at 14.5 points per game, will return to the starting lineup for the first time since Dec. 12.

Willis missed one of UNLV's past six games and came off the bench in the other five. He was plagued by a sore left ankle that he said is "getting close" to full strength.

What bothers Willis more is the Rebels' last game, a 67-56 loss to Southern California in the Diamond Head Classic championship at Hawaii on Dec. 25.

"That was horrible. I couldn't maneuver as well as I would like to, and my shot wasn't falling. It was awful," said Willis, who shot 0-for-6 from the field and had four points against USC, which physically dominated UNLV on both ends.

The MWC's top teams lost several stars after last season, and the conference was expected to drop off in quality. But BYU and New Mexico reloaded, and UNLV and San Diego State are close behind.

"There were a lot of unknowns in October," Kruger said. "But after watching the first two or three weeks, those were settled very quickly. It's a realization that teams are going to be very tough."

**"We can only save this great country by limiting politicians to two terms - - one term in office . . . one term in prison."**

**"Yea though I walk through the valley of the shadow of death, I fear no one - for I am the meanest motherfucker in the valley."**

**"Let me not mourn for the men who have died fighting, but rather let me be glad that such heroes have lived."**



`quote`

`POST REPLY`

« Previous Thread | Next Thread »

| Posting Rules | |
| --- | --- |
| You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts | |
| vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **On** | Forum Jump |

Free Throws (NCAA)   `Go`

All times are GMT -5. The time now is 11:19 AM.

Case 2:10-cv-00692-LRH-LRL   Document 1-1   Filed 05/13/10   Page 20 of 30





- **Contact Us** - **MadJackSports** - **Top**

Copyright © 2006 MadJackSports, Inc.

**US CITIZENS PLEASE NOTE: The information contained in this site is for news and entertainment purposes only.**
**Any use of this information in violation of any federal, state, or local law(s) is prohibited.**

# EXHIBIT 6

# EXHIBIT 6



**SPORTSBETTING.COM** - SPORTSBETTING.COM 110% SIGNUP BONUS - INCREDIBLE!

**Preferred SportsBooks**

SPORTSBETTING.COM     Legends
WSEX                  5DIMES
Bodog                 betED.com
BetFirstClass         2BETDSI
BetJamaica            Bookmaker.com
ThePig                BetHorizon
Brobury Sports        SBG Global
BETUS.com             JustBet.com
BetGuardian           Pokerstars.com
SportsInteraction     Betphoenix.com

Home » Forums » Other Stuff » Hunting - Fishing » IN THE OUTDOORS: Beretta's Xplor shotgun a work of art

   

| Register | Members | Calendar |

Welcome to the Forums @ MadJackSports

Welcome to our community; please register a username... after all, it's free!

Login or register, it's free!

Username [        ] [Go]

☑ Save your login info?

---
**Home**
**Message Board**
**Preferred Sportsbooks**
**Current Promotions**
**Handicapper's Guide**
**Scoreboards**
**Contests**
**JUSTBET.COM**
**BetEd**
**News Archive**
**Contact Us**
---







**POST REPLY**

Thread Tools ▽   Display Modes ▽

☐ 02-11-2010, 09:19 AM                                                          #1

**illuminati** ▣                Join Date: Aug 2002
Rage 4 Order                   Location: Beach House on the Moon
                               Posts: 11,127

**IN THE OUTDOORS: Beretta's Xplor shotgun a work of art**

IN THE OUTDOORS: Beretta's Xplor shotgun a work of art
Last week I shared with you my prediction for the future of firearms, a future in which synthetic stocks and military looks will most certainly dominate the landscape. Even so, I don't think those traits will completely displace beautiful firearms with clean lines, such as Beretta's new A400 Xplor Unico.

If you're looking for a shotgun you can hang on your wall along with your other artwork, the Xplor is worthy of consideration. Though it resembles other auto-loaders on the market, there is something about the Xplor that demands your attention. Something that calls to you and says, "Pick me!" So I did.

It was at one of the media events held in connection with the recent Shooting, Hunting, Outdoor Trade (SHOT) Show. I walked under a canopy at the shotgun area of the Boulder Rifle & Pistol Club in Boulder City and there on the table was a wide array of shotguns in every imaginable configuration, but it was the A400 that caught my eye. And when the Beretta rep placed the gun in my hands, I was surprised. Not so much by what I felt when shouldering the gun, but at what I didn't feel -- weight.

At 6 pounds, 6 ounces, the Xplor is light, especially for an auto-loader, and comes quickly to the shoulder. You could even describe the gun as being fast. I expressed concern that a 12-gauge with so little weight behind it would probably give you a good beating by the end of an afternoon of shooting. "Not so," exclaimed the Beretta man as he placed shells in my hand and pointed me toward the shooting line.

After breaking several clay pigeons, I was more than pleasantly surprised. The recoil was minimal, and my new friend explained that part of the reason for the reduced recoil was what Beretta calls its "kick-off system." This system utilizes three springs and two hydraulic dampeners fitted underneath the recoil pad and recessed into the butt stock of the shotgun to absorb energy that would otherwise thump the shooter.

The Xplor is capable of shooting shells ranging from 23/4 to 31/2 inches and should be priced somewhere around $1,625. No, I don't own one. Not yet, anyway.

Those of you who carry the Taurus Judge for personal protection might want to consider Winchester's new offering, the PDX1 410. This shot shell is loaded with three flat discs -- yes, I said flat discs -- loaded over the top of 12 pellets of plated BB shot. When the Winchester rep told me the shell contained flat discs, I laughed out loud. He didn't. Instead he just loaded up two rounds of standard 000 buckshot and two rounds of the PDX1.

Again I was directed to the shooting line. At 7 yards, the buckshot pattern spread across 6 inches of the target face. No surprise there. Then I fired the PDX1. I fully expected the three flat discs to catch air and scatter, but it didn't happen. Instead, the discs from both shells formed a fairly tight group that







I could easily cover with a dollar bill. The BB-size pellets filled in the gaps. Winchester calls the flat projectiles "Defense Discs."

"I'm trying to see things from your point of view, but I can't stick my head that far up my ass."

[quote]

---

☐ 02-11-2010, 09:21 AM                                                          #2


**illuminati** ⬚
Rage 4 Order
★

Join Date: Aug 2002
Location: Beach House on the Moon
Posts: 11,127

**AGAIN ! !** Another firearm, The Judge, I can't own in the State of Californian ! ◄⊛► ◄⊛► 😑 😑

"I'm trying to see things from your point of view, but I can't stick my head that far up my ass."

[quote]

---

☐ 02-13-2010, 04:13 PM                                                          #3


**Captain Crunch** ⬚
Registered User

Join Date: Apr 2002
Location: Lee's Summit, Mo.
Posts: 1,310

> Quote:
> Originally Posted by **illuminati** ⊠
> **AGAIN ! !** Another firearm, The Judge, I can't own in the State of Californian !
> ◄⊛► ◄⊛► 😑 😑

You're probably gonna hate me, but a buddy of mine called me two nights ago telling me a FFL friend of his is gonna get me one at cost. I'll let you know how it shoots.😊 What is the rationale for not allowing these?

Age is like mind over matter, if they don't mind, it don't matter!!!!!

Satchell Paige

[quote]

---

☐ 02-13-2010, 07:51 PM                                                          #4


**illuminati** ⬚
Rage 4 Order
★

Join Date: Aug 2002
Location: Beach House on the Moon
Posts: 11,127

I really couldn't tell you except Arnold the Liberal and the rest of the Lefto nutball State Senate

Oh Yeah,

*F U* 

"I'm trying to see things from your point of view, but I can't stick my head that far up my ass."

`quote`

`POST REPLY`

« Previous Thread | Next Thread »

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **On**

**Forum Jump**
Hunting - Fishing                    `Go`

All times are GMT -5. The time now is 11:08 AM.





- **Contact Us** - **MadJackSports** - **Top**

Copyright © 2006 MadJackSports, Inc.

**US CITIZENS PLEASE NOTE: The information contained in this site is for news and entertainment purposes only.**
**Any use of this information in violation of any federal, state, or local law(s) is prohibited.**

# EXHIBIT 7

# EXHIBIT 7

**reviewjournal**.com



Powered by  **Clickability**

Feb. 20, 2010
Copyright © Las Vegas Review-Journal

## Rebels aim to fatten up on patsies, including Colorado State

### Rams game first of four soft spots in UNLV's schedule

By <u>MATT YOUMANS</u>
LAS VEGAS REVIEW-JOURNAL

As problems quickly piled up, UNLV coach Lon Kruger sorted through the mess and found no easy answers.

Kruger said his basketball team is "pretty beat up mentally and physically, and the confidence level is a little low right now," on the heels of a three-game losing streak.

But a temporary solution appears obvious, and it's a soft spot in the schedule. Four creampuff opponents will line up and present the Rebels with a shot to fatten their record and feel better again.

UNLV, 19-7 and 7-5 in the Mountain West Conference, looks to get back on the winning track at 3 p.m. today, when it faces Colorado State (15-10, 6-5) at the Thomas & Mack Center.

The Rams are not patsies by strict definition, because they own a winning record and coach Tim Miles no longer fields a team that's the butt of the league's jokes.

Colorado State has two legitimate post scorers, Andy Ogide and Travis Franklin, and a promising freshman guard in Dorian Green.

But in a realistic view, if UNLV loses to any of its next four opponents to close the regular season -- including Texas Christian, Air Force and Wyoming -- it would be considered inexcusable.

The Rebels are 15-point favorites over the Rams, who were crushed 92-70 on their home floor by Brigham Young on Wednesday. BYU also battered Colorado State by 44 points in January.

"The guys are anxious to get back out there and get a chance to change directions," Kruger said.

Junior guard Tre'Von Willis is doing what he can through actions and words to inspire his UNLV teammates.

Willis scored 32 points, 20 in the second half, in an admirable effort Wednesday at Utah. It wasn't enough, as the Rebels fell 66-61 to a Utes team hoping to sneak into the National Invitation Tournament.

"Everything was looking pretty good up until this last three-game stretch," Willis said. "But we're not going to feel sorry for ourselves. I'm going to keep doing my part and keep being positive and keep trying to lead my team in the right direction."

When asked what else he can do, aside from scoring more than half the team's points in a game, Willis said, "I'm not sure, and that's the frustrating part to me, because I want to do everything I can do to get this team to win."

Willis is the most intense and vocal player on the team. He said the reasons behind the Rebels' "sluggish" first half at Utah were a mystery to him.

"Tre really stepped up and did everything he could do to give us a chance to win the ballgame," Kruger said. "He's really anxious to take charge and take ownership of this group. Tre has really matured in that way."

But while Willis has emerged as the leader, some of his followers -- Oscar Bellfield, Chace Stanback and Kendall Wallace -- have started to fade.

To compound problems, junior forward Matt Shaw sprained his left ankle in warm-ups Wednesday and is not expected to play today after missing Friday's practice.

Kruger said a lack of confidence is dogging his mostly emotionless team. UNLV also has been shooting poorly, defending casually and rebounding weakly. That about covers the checklist of issues that have led to a three-game skid.

On the bright side, the Rebels are returning home and taking a significant step down in competition.

Rivals.com college basketball editor Mike Huguenin even has UNLV included in his latest NCAA Tournament projection. He slotted the Rebels as a No. 10 seed with an asterisk -- they must win the MWC tournament to get in, according to Huguenin's guess.

"I'll try to keep everybody seeing the big picture," Willis said. "There's a lot of basketball left to be played."

Contact reporter Matt Youmans at myoumans@reviewjournal.com or 702-387-2907.

## COLORADO STATE AT UNLV

RECORD: Colorado State 15-10, 6-5 MWC

Coach: Tim Miles (31-57, third season;

243-189 overall, 15th season)

PROBABLE STARTERS:

| Player | Pos. | Ht. | Ppg. |
|---|---|---|---|
| Travis Franklin | F | 6-7 | 11.0 |
| Andy Ogide | F | 6-9 | 11.6 |
| Travis Busch | F | 6-4 | 5.2 |
| Dorian Green | G | 6-2 | 12.6 |
| Adam Nigon | G | 6-3 | 8.1 |

Case 2:10-cv-00692-LRH-LRL   Document 1-1   Filed 05/13/10   Page 28 of 30

RECORD: UNLV 19-7, 7-5 MWC

Coach: Lon Kruger (131-60, sixth season;

449-293 overall, 24th season)

PROBABLE STARTERS:

| Player | Pos. | Ht. | Ppg. |
| --- | --- | --- | --- |
| Chace Stanback | F | 6-8 | 9.8 |
| Brice Massamba | C | 6-10 | 4.2 |
| Tre'Von Willis | G | 6-4 | 18.3 |
| Anthony Marshall | G | 6-3 | 4.7 |
| Oscar Bellfield | G | 6-2 | 9.4 |

**Find this article at:**
http://www.lvrj.com/sports/rebels-aim-to-fatten-up-on-patsies_-including-colorado-state-84839112.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 8

# EXHIBIT 8

```
Type of Work:        Text

Registration Number / Date:
                     TX0007138068 / 2010-04-27

Application Title: Rebels aim to fatten up on patsies, including Colorado
                     State.

Title:               Rebels aim to fatten up on patsies, including Colorado
                     State.

Description:         Print Material.

Copyright Claimant:
                     Righthaven LLC, Transfer: By written agreement.

Date of Creation:  2010

Date of Publication:
                     2010-02-20

Nation of First Publication:
                     United States

Authorship on Application:
                     Stephens Media LLC, employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                     Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                         Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                         States, (702) 527-5900, dbrownell@righthaven.com

Copyright Note:    C.O. correspondence.

Names:               Stephens Media LLC
                     Righthaven LLC
```

================================================================================