UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>JACK D. WOODEN, an individual,<br><br>Defendant. | Case No.: 2:10-cv-00692-LRH-LRL<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br>AND ORDER THEREON |

Plaintiff, Righthaven LLC ("Righthaven") and Jack D. Wooden ("Mr. Wooden"); collectively with Righthaven known herein as the "Parties"), by and through its attorneys of record and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to a voluntary dismissal of all claims asserted against Mr. Wooden, with prejudice, in the above-captioned matter.

Specifically, Righthaven requests voluntary dismissal with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Rule 41(a)(2) permits voluntary dismissal with prejudice "by court order, on terms that the court considers proper[1]."

---

[1] Fed. R. Civ. P. 41(a)(2).

1

On or about July 15, 2010, the Parties entered into a settlement agreement (the "Agreement"), whereby Mr. Wooden shall be released from all claims of copyright infringement in the above-entitled matter, upon full compliance with the terms of the Agreement.

WHEREFORE, the Parties request this Court enter an Order dismissing Mr. Wooden from the above-captioned matter with prejudice.

Dated this third day of August, 2010.

IT IS SO ORDERED.

DATED this 10th day of August, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Submitted by:

RIGHTHAVEN LLC

| | |
|---|---|
| /s/ J. Charles Coons | /s/ Jack D. Wooden |
| J. Charles Coons, Esq. | Jack D. Wooden |
| 9660 West Cheyenne Avenue, Suite 210 | 3215 Woodlane Ridge |
| Las Vegas, Nevada 89129-7701 | Columbus, Indiana 47201 |
| Attorney for Plaintiff | Defendant |